

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00327-CV

IN THE INTEREST OF P.S. AND
C.S., CHILDREN

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 323-100795-14

----------

## MEMORANDUM OPINION[1]

----------

Appellant N.P. (Mother) filed a timely notice of appeal from the August 22, 2016 judgment terminating her parental rights to P.S. and C.S. Mother timely filed a motion for new trial on September 8, 2016. Thereafter, we learned that the trial court had granted Mother's motion for new trial but had not signed an

---

[1]*See* Tex. R. App. P. 47.4.

order.  *See Smith v. McCorkle*, 895 S.W.2d 692, 692 (Tex. 1995) ("A docket entry does not constitute a written order.").

On October 11, 2016, we sent a letter to the parties stating that it had come to the court's attention that the trial court had granted Mother's motion for new trial.  We requested that the parties supply us with a signed copy of the order granting Mother's motion for new trial on or before Friday, October 21, 2016.  The letter also stated that upon receipt of a signed copy of the order granting Mother's motion for new trial, the appeal could be dismissed as moot unless any party desiring to continue the appeal filed a response on or before Friday, October 21, 2016, stating grounds for continuing this appeal.

On October 17, 2016, we received a signed copy of the agreed order granting Mother's motion for new trial, granting the Department's motion for new trial, and finding "that all parties are agreed to the new trial."  No response was received from either party showing grounds for continuing the appeal.

Therefore, on this court's own motion, we dismiss this appeal as moot. *See* Tex. R. App. P. 42.3(a), (c), 43.2(f).

PER CURIAM

PANEL:  WALKER, GABRIEL, and SUDDERTH, JJ.

DELIVERED:  November 3, 2016